

# Missouri Court of Appeals
## Southern District

## FEBRUARY 9, 2016

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33777

      Re:    DOUGLAS N. WITHERS,
             Plaintiff-Appellant,
             v.
             STATE OF MISSOURI,
             Defendant-Respondent.

2.    Case No.  SD33571

      Re:    MELINDA C. LUBER,
             Petitioner-Respondent,
             vs.
             DIRECTOR OF REVENUE,
             Respondent-Appellant.


THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33685

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             TEVIN L. WILLIAMS,
             Defendant-Appellant.

2.    Case No.  SD33794

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             NORMAN MICHAEL HARRIS,
             Defendant-Appellant.